No. 67964.—American Shipping Co., Inc., et al. v. United States, protests 61/1809, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates which have not been ground, the claim of the plaintiffs was sustained.